FILED
2001 AUG 21 AM 9:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT SYLVESTER LONG, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV-99-PT-3417-E |
| MS. C. THOMPSON, ET AL., | ) | |
| Defendants. | ) | |

**ENTERED**
AUG 21 2001

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 9, 2001, recommending that this action filed pursuant to 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971) be dismissed for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915A(b)(1). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

DATED this 21st day of August, 2001.

ROBERT B. PROPST
UNITED STATES DISTRICT JUDGE